# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **H.M.T., by and through her parents and next friends Ce.T. and Ma.T.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **NO. 3:22-cv-00402** |
| | ) | |
| **v.** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| **METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pending before the Court is a Motion to Dismiss filed by Defendant Metropolitan Government of Nashville and Davidson County ("Metro"). (Doc. No. 11). Plaintiff H.M.T. filed a Response (Doc. No. 15), and Metro filed a Reply (Doc. No. 19).

For the reasons discussed in the accompanying Memorandum, Defendant's Motion to Dismiss is **GRANTED** and this case is **DISMISSED**.

This Order shall constitute final judgment pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE