# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BERNARD MCFADDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:22-cv-00970 |
| ) | Judge Trauger |
| GREGORY A. SWIFT, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 24, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 13), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' request to dismiss this case is DENIED, but their alternative Motion to Transfer the Case to the Eastern District of Tennessee (Doc. No. 7) is GRANTED. The Clerk shall transfer this case to the Eastern District of Tennessee pursuant to 28 U.S.C. § 1404(a).

The plaintiff's Motion for Extension (Doc. No. 16) and the defendants' Motion to Strike Plaintiff's Amended Complaint or Alternatively to Extend the Defendants Time to Answer, Move, or Otherwise Respond to Plaintiff's Amended Complaint (Doc. No. 17) shall be termed by the Clerk in this district but shall remain for disposition in the Eastern District of Tennessee.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge