UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BERNARD MCFADDEN<br>    *Plaintiff*,<br><br>v.<br><br>GREGORY A. SWIFT, EDDIE GRIDER,<br>JOSEPH SARDONE, DWIGHT HENLEY,<br>BARRY CUMMINGS,<br>    *Defendants*. | No. 1:23-cv-00058-TAV-CHS |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of Plaintiff Bernard McFadden ("Plaintiff") and counsel for Swift Enterprises, LLC, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of Plaintiff's claims *with prejudice*. Defendant agrees to the voluntary dismissal of this case on the condition that it is dismissed *with prejudice*, and Plaintiff agrees to such designation of the dismissal. Each party shall bear its own costs of litigation, including court costs.

SO STIPULATED.

/s/ *Jacob Freeland*
Mary Dohner Smith, TN BPR No. 021451
Jacob A. Freeland, TN BPR No. 039696
Constangy, Brooks, Smith & Prophete, LLP
750 Old Hickory Blvd. Ste. 260-2
Brentwood, TN 37027
615.340.3800
mdohner@constangy.com
jfreeland@constangy.com

Date: June 9, 2025
/s/ Per May 31st 2025 Release Agreement
Bernard McFadden
2016 Driftwood Drive
Columbia, South Carolina 29210
803.201.9477
Bernardmc17@yahoo.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation of Dismissal has been furnished to the below individuals via the Court's electronic filing system and/or by depositing same in the United States Mail, postage prepaid, and via email June 9,, 2025.

Mr. Bernard McFadden
2016 Driftwood Drive
Columbia, SC 29210
Bernardmc17@yahoo.com

*Plaintiff*

*s/ Mary Dohner Smith*
Mary Dohner Smith