UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BERNARD MCFADDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:23-CV-58-TAV-CHS ) |
| SWIFT ENTERPRISES, LLC, | ) ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on the parties' joint Stipulation of Dismissal [Doc. 167]. The parties state that they stipulate to the voluntary dismissal of this case with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In light of the parties' stipulation, this action is hereby **DISMISSED with prejudice**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT